**ORIGINAL**

# In the United States Court of Federal Claims

|  |  |
|---|---|
| SISHYA BUDDHI-ANGAVU, ) <br> a/k/a CHARLES ORLANDO FIELDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) | No. 17-1073C <br><br> Filed: February 16, 2018 |

**FILED**
FEB 1 6 2018
U.S. COURT OF
FEDERAL CLAIMS

## DISMISSAL ORDER

Plaintiff, *pro se*, Sishya Buddhi-Angavu, also known as Charles Orlando Fields, commenced this action on August 4, 2017 (docket entry no. 1). On October 5, 2017, the government filed a motion to dismiss this matter for lack of subject-matter jurisdiction and for failure to state a claim upon which relief may be granted, pursuant to Rules 12(b)(1) and (b)(6) of the Rules of the United States Court of Federal Clams ("RCFC") (docket entry no. 6).

On January 18, 2018, the Court issued an Order that, among other things, directed plaintiff to respond to the government's motion to dismiss on or before February 8, 2018 (docket entry no. 14). In the Order, the Court also informed plaintiff that, should he fail to respond to the government's motion to dismiss by February 8, 2018, the Court would treat such failure to respond as a failure to comply with a court order and to prosecute this matter pursuant to RCFC 41(b). Plaintiff did not file a response to the government's motion to dismiss by February 8, 2018.

And so, the Court:

1. **DISMISSES** the complaint without prejudice, pursuant to RCFC 41(b); and

7016 3010 0000 4308 4065

2. Directs the Clerk's Office to **ENTER** final judgment consistent with this Order.

No costs.

**IT IS SO ORDERED.**

_____
LYDIA KAY GRIGGSBY
Judge